**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 3, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00286-CV

---

### GERALD MCMILLAN, Appellant

### V.

### LITTLE CITY INVESTMENTS, LLC, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-17-010644**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 20, 2017. On June 22, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.